USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/10/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELLE JEAN,

                    Plaintiff,

            -against-

PAMELA BRISTOW,

                  Defendant.

24-CV-08847 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On March 8, 2026, Plaintiff filed a request to adjourn the trial scheduled for April 14, 2026 until a later date due to the unanticipated unavailability of counsel. Dkt. No. 27. Defendant does not object to the adjournment. Plaintiff's request is GRANTED. The trial in this case is ADJOURNED until November 10, 2026. The schedule for pre-trial submissions and events is as follows:

**Pre-Trial Submissions and Events**

| Submission or Event | Date |
|---|---|
| Joint pre-trial order and proposed *voir dire* questions, request to charge, and verdict sheet | October 6, 2026 |
| Submission of marked trial exhibits and demonstrative aids | November 2, 2026 |
| Final pre-trial conference and technology walk through | November 4, 2026 at 9:30 AM |
| Trial | November 10–17, 2026.[1] |

Both the final pre-trial conference and trial will be held in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

---

[1] The Court will be closed on November 11, 2026 for Veterans Day.

1

The parties are reminded to review the Court's Individual Rules and Practices concerning pre-trial procedures and related filings.

Dated: March 10, 2026
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge

2